UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN WIEGAND, Derivatively On Behalf of PUTNAM CLASSIC EQUITY FUND, INC., <br><br>Plaintiff, <br><br>vs. <br><br>JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS, <br><br>Defendants. <br><br>- and - <br><br>PUTNAM CLASSIC EQUITY FUND, INC., a Massachusetts Corporation, <br><br>Nominal Defendant. | 04 1055 JL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Putnam Investments Trust and Putnam Investment Management, LLC make this Corporate Disclosure Statement:

1. Putnam Investments Trust is a direct majority-owned subsidiary of Marsh & McLennan Companies, Inc., which is a publicly-owned holding company traded on the New York Stock Exchange.

2. Putnam Investment Management, LLC, a Delaware limited liability company, is an indirect subsidiary of Putnam Investments Trust. By contract, Putnam Investment Management, LLC is the investment advisor to, and an affiliate of the distributor of, the Putnam Family of Funds, the shares of which are sold to and held by the public.

Dated: March 19, 2004

                              Respectfully Submitted,

                              */s/ James R. Carroll*
                              James R. Carroll (BBO #554426)
                              SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP
                              One Beacon Street
                              Boston, MA 02108-3194
                              Telephone: 617/573-4801
                              Facsimile: 888/329-5880

*Attorneys for Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenster*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on *March 19, 2004.*

*[signature]*