UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN WIEGAND, Derivatively On Behalf of PUTNAM CLASSIC EQUITY FUND, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS,<br><br>        Defendants.<br><br>- and -<br><br>PUTNAM CLASSIC EQUITY FUND, INC., a Massachusetts Corporation,<br><br>        Nominal Defendant. | Civil Action<br>No. 04-10557-JLT |

**NOTICE OF FILING OF TAG-ALONG NOTICE
WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 7.5(e) of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, defendant Putnam Investment Management, LLC, through its undersigned attorneys, hereby notifies the Clerk of this Court that on March 22, 2004, defendant filed a Notice of Tag-Along Action (the "Notice") with the Judicial Panel on Multidistrict Litigation (the "Panel"). A copy of the Notice is attached hereto (without exhibits) as Exhibit A. Defendant further states as follows:

By Order dated February 20, 2004, a copy of which is attached hereto as Exhibit B (the "Transfer Order"), the Panel transferred for coordination or consolidation the cases in <u>In re Mutual Funds Investment Litigation</u>, MDL Docket No. 1586 (the "Transferred Actions") to the United States District Court for the District of Maryland before the Honorable J. Frederick Motz, the Honorable Andre M. Davis, and the Honorable Frederick P. Stamp.

On January 27, 2004, this "tag-along" action was filed in the Superior Court of the Commonwealth of Massachusetts, County of Suffolk. By Notice of Removal filed March 19, 2004, a copy of which is attached hereto as Exhibit C, this action was removed to the United States District Court for the District of Massachusetts, where it is currently pending. This tag-along action shares common questions of fact with the Transferred Actions and is therefore a "tag-along" action within the meaning of Rule 1.1 of the Rules.

In light of the foregoing, defendant filed the Notice requesting that the Panel enter an Order transferring this action to the District of Maryland in accordance with the Transfer Order of the Panel.

Dated:   Boston, Massachusetts
         March 23, 2004

                                        Respectfully Submitted,

                                        James R. Carroll (BBO # 554426)
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
                                        One Beacon Street
                                        Boston, MA 02108-3194
                                        (617) 573-4800

                                        *Attorneys for Defendant Putnam Investment*
                                        *Management, LLC*

CERTIFICATE OF SERVICE

       I, James R. Carroll, hereby certify that on March 23, 2004, I caused a true copy of the foregoing Notice of Filing of Tag-Along Notice to be served by first class mail, postage prepaid, upon counsel of record as indicated on the service list attached hereto.

Dated: March 23, 2004

                                                            James R. Carroll

SERVICE LIST

Gilman and Pastor, LLP
Peter A. Lagorio (BBO-567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA. 01906

Furuqi & Faruqi
Shane Rowley
Antonio Vozzolo
David Leventhal
320 East 39th Street
New York, NY 10016

Robbins, Umeda & Fink, LLP
Brian J. Robbins
Jeffrey P. Fink
1010 Second Ave., Suite 2360
San Diego, CA 92101