UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN WIEGAND, Derivatively )
on behalf of the PUTNAM CLASSIC )
EQUITY FUND, INC., )
    Plaintiff, )
)
V )
)
JOHN A. HILL, et al ) CA 04-10557-JLT
    Defendants, )
)
)
    And )
)
)

PUTNAM CLASSIC EQUITY
FUND, INC.

ORDER
MARCH 23 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

United States District Judge