## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   __04cv10557 JLT__

Title: **Steven Wiegand et al v John A. Hill et al**

### N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge   **Tauro**   has been transferred to Judge **Woodlock**  for all further proceedings.

From this date forward the case number on all pleadings should be followed by the initials

**DPW.**

Thank you for your cooperation in this matter.

> TONY ANASTAS
> CLERK OF COURT

By:   __/S/ Kimberly M. Abaid__
Deputy Clerk

Date:   __March 26/2004__

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)                                                    [ntccsasgn.]