UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD KLEIN, Derivatively On Behalf of PUTNAM GLOBAL EQUITY FUND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN A. HILL, et al., <br><br>               Defendants. <br><br> - and - <br><br> PUTNAM GLOBAL EQUITY FUND, INC., <br><br>           Nominal Defendant. | Civil Action <br> No. 04-10556-RWZ |
| STEVEN WIEGAND, Derivatively On Behalf of PUTNAM CLASSIC EQUITY FUND, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN A. HILL, et al., <br><br>               Defendants. <br><br> - and - <br><br> PUTNAM CLASSIC EQUITY FUND, INC., <br><br>           Nominal Defendant. | **STIPULATION AND [PROPOSED] ORDER** <br><br><br> Civil Action <br> No. 04-10557-RWZ |

WHEREAS, on January 27, 2004, Klein v. Hill, et al., No. 04-0363A was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, on January 27, 2004, Wiegand v. Hill, et al., No. 04-0359F was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, both Klein and Wiegand (the "Actions") were removed to the United States District Court for the District of Massachusetts on March 19, 2004; and

WHEREAS, plaintiffs intend to move to remand the Actions to state court;

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, that defendants' time to move, answer, or otherwise respond to the complaints in the Actions is extended up to and including thirty (30) days after a ruling is entered on plaintiffs' motions to remand the Actions to state court.

Dated: March 26, 2004
Boston, Massachusetts

Respectfully submitted,

_____
Peter A. Lagorio (BBO 567379)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: 781/231-7850

_____
James R. Carroll (BBO 554426)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
Telephone: 617/573-4800

| | |
|---|---|
| FARUQI & FARUQI<br>Shane Rowley<br>Antonio Vozzolo<br>David Leventhal<br>320 East 39th Street<br>New York, NY 10016<br>Telephone: 212/983-9330<br><br>ROBBINS UMEDA & FINK, LLP<br>Brian J. Robbins<br>Jeffrey P. Fink<br>1010 Second Ave., Suite 2360<br>San Diego, CA 92101<br>Telephone: 619/525-3990<br><br>*Attorneys for Plaintiff* | *Attorneys for Defendants Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenstner* |

*[signature]* John D. Donovan Jr. (TC)
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Telephone: 617/951-7000

*Putnam Investment Funds, Putnam Global Equity Fund, Inc., John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III, Putnam Global Equity Fund, Inc.*

SO ORDERED:

_____
U.S.D.J.