UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
STEVEN WIEGAND, Derivatively On Behalf Of :
PUTNAM CLASSIC EQUITY FUND, INC.,
:
            Plaintiff,                                        Civil Action
    v.                                           :         No. 04-10557-RWZ

JOHN A. HILL., et al.,                       :

           Defendants,                                 :
  - and -
                                                     :
PUTNAM CLASSIC EQUITY FUND, INC.,
:
            Nominal Defendant.
------------------------------------- x

## NOTICE OF LOCAL RULE 81.1(a) FILING

Pursuant to Local Rule 81.1(a), defendants hereby file attested copies of all records, proceedings and the docket sheet from the state court action entitled <u>Wiegand v. Hill, et al.</u>, (Suffolk County Superior Court, Civ. No. 04-0359-F). The attested copies are attached hereto as Exhibit A.

Dated: April 7, 2004
       Boston, Massachusetts

Respectfully submitted,

_____
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
(617) 573-4800

*Counsel for Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenster*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on April 7, 2004.

_____