04-10557-RWZ

# GILMAN AND PASTOR, LLP
### ATTORNEYS AT LAW
STONEHILL CORPORATE CENTER
999 BROADWAY, SUITE 500
SAUGUS, MASSACHUSETTS 01906

TELEPHONE: 781/231-7850

FACSIMILE: 781/231-7840

WWW.GILMANPASTOR.COM

FILED
IN CLERKS OFFICE
2004 MAY -3 P 2:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 29, 2004

Clerk, Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA

Re:  STEVEN WIEGAND, DERIVATIVELY ON BEHALF OF PUTNAM CLASSIC EQUITY FUND, INC. V. JOHN A. HILL, ET AL.

Dear Sir/Madam:

Enclosed for filing, please find thirty-two (32) proofs of service concerning the above-referenced matter. Please note proofs of service were originally filed with Suffolk Superior Court. The Court rejected these proofs because the matter was transferred to the United States District Court on March 24, 2004. Please see note attached from Suffolk Superior Court.

Thank you.

Very truly yours,

*Janet Wallace*

Janet Wallace

/jw
Enclosures

00002405.WPD ; 1