# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

June 8, 2004



U.S. District Court
District of Massachusetts
United States Courthouse Ste 2300
One Courthouse Way
Boston, MA 02210-3001

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no 1:04-10557- *RWZ*
Our civil no. 04-1771
Steven Wiegand, etc  v John A. Hill, et al

Dear clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-district Litigation filed on June 7, 2004, in this court transferring the above entitled case to the District of Maryland.

*Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.*

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc: Judge J. Frederick Motz
    Judicial Panel on Multi-district Litigation

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

A CERTIFIED TRUE COPY

JUN - 4 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 0 7 2004

CLERK
DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1586

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 210 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 6-8-04
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND

by _____ Deputy

# SCHEDULE CTO-5 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT DIV. C.A.#

MASSACHUSETTS

| | | | | |
|---|---|---|---|---|
| MA | 1 | 03-12514 | 04-1750 | Oliver S. Trone v. MFS Capital Opportunities Fund, et al. |
| MA | 1 | 03-12515 | 04-1751 | Delores B. Manson, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12520 | 04-1752 | David Shaev v. Massachusetts Financial Services Co. |
| MA | 1 | 03-12536 | 04-1753 | Danielle Adams, et al. v. MFS Capital Opportunities Fund, et al. |
| MA | 1 | 03-12545 | 04-1754 | Steven Greenberg v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12570 | 04-1755 | Jacob Elephant, et al. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12595 | 04-1756 | Zachary Alan Starr, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 03-12622 | 04-1757 | Yakov Burstein, IRA, et al. v. MFS Global Telecommunications Fund, et al. |
| MA | 1 | 03-12629 | 04-1758 | Anita Walker v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10009 | 04-1759 | Albert Feldman v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10010 | 04-1760 | Ed Casey v. Massachusetts Financial Services Co. |
| MA | 1 | 04-10252 | 04-1761 | Hugh F. Boyd, III, et al. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10253 | 04-1762 | Harold A. Berger v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10315 | 04-1763 | Catherine Dukes v. Columbia Acorn Fund, et al. |
| MA | 1 | 04-10355 | 04-1764 | AB Medical Equipment Corp. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10408 | 04-1765 | Lawrence S. Wick, et al. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10434 | 04-1766 | Diane Hutto, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10452 | 04-1767 | Boris Fieldman, etc. v. Massachusetts Financial Services Co., et al. |
| MA | 1 | 04-10534 | 04-1768 | George Slaybe, et al. v. Columbia Management Adviros, Inc. |
| MA | 1 | 04-10555 | 04-1769 | David Armetta, etc. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10556 | 04-1770 | Todd Klein, etc. v. John A. Hill, et al. |
| MA | 1 | 04-10557 | 04-1771 | Steven Wiegand, etc. v. John A. Hill, et al. |
| MA | 1 | 04-10567 | 04-1772 | Edward I. Segel, et al. v. FleetBoston Financial Corp., et al. |
| MA | 1 | 04-10603 | 04-1773 | Luann K. Caprio v. Columbia Acorn Fund, et al. |